COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Dwayne Rayshaun Wilson v. Empire Towing LLC and ATC
                           Auto Storage LLC

Appellate case number:     01-18-01145-CV

Trial court case number:   1117336

Trial court:               County Civil Court at Law No. 2 of Harris County

Appellant, Dwayne Rayshaun Wilson, has filed a notice of appeal of the trial court's final order signed on December 14, 2018. The clerk's record filed in this Court includes his "Unsworn Declaration of Inability to Pay." *See* TEX. R. CIV. P. 145(a); *see also* TEX. R. CIV. P. 502.3. And, the record filed in this Court does not reflect that any motion to require appellant to pay costs or any contest to appellant's declaration was filed. *See* TEX. R. CIV. P. 145(a), (f). **Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

Judge's signature: /s/ Julie Countiss
                   ☑ Acting individually    ☐ Acting for the Court

Date:  ___February 5, 2019_

1